KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Michael.Nammar@usdoj.gov

LESLIE WULFF
Chief, Antitrust Division
United States Department of Justice

KYLIE MCLAUGHLIN
Trial Attorney
Antitrust Division
United States Department of Justice
450 Golden Gate Ave. Rm. 10-0101
San Francisco, CA 94102
Telephone: (202) 594-4845
E-Mail: Kylie.McLaughlin@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF KYLIE MCLAUGHLIN TO PRACTICE BEFORE THE COURT | ) <br> ) Case No. MC <br> ) <br> ) APPLICATION TO APPEAR ON <br> ) BEHALF OF THE UNITED STATES <br> ) OF AMERICA; DECLARATION OF <br> ) KYLIE MCLAUGHLIN |

## APPLICATION TO APPEAR ON
## BEHALF OF THE UNITED STATES OF AMERICA

Pursuant to CrimLR 83.1(c)(1) of the Local Rules of Practice for the United

States District Court for the District of Hawaii, KYLIE MCLAUGHLIN, Trial

Attorney with the United States Department of Justice, notifies the Court of her

intention to appear before this Court on behalf of the United States and to attend to

the interests of the United States during the period of her appointment as a Trial

Attorney and applies for leave to do so. A declaration in support is filed herewith.

DATED: July 29, 2025, at San Francisco, CA.

KYLIE MCLAUGHLIN
Trial Attorney
Antitrust Division
U.S. Department of Justice

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| IN RE: APPLICATION OF | ) | Case No. MC |
| KYLIE MCLAUGHLIN | ) |  |
| TO PRACTICE BEFORE THE COURT | ) | DECLARATION OF |
|  | ) | KYLIE MCLAUGHLIN |
|  | ) |  |

## DECLARATION OF KYLIE MCLAUGHLIN

1.    I am a Trial Attorney employed by the United States Department of Justice, Antitrust Division.

2.    I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3.    I am an active member in good standing of the State Bar of New York and my bar membership number is 5847686.

I declare, upon penalty of perjury, that the foregoing is true and correct.

DATED:  July 29, 2025, at San Francisco, CA.

KYLIE MCLAUGHLIN
Trial Attorney
Antitrust Division
U.S. Department of Justice